# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRENDA BARRINGER,<br><br>　　　　　　　　Defendant. | Case No.: 3:22-cr-00018-LRH-CLB<br><br><br>**ORDER GRANTING STIPULATION<br>TO CONTINUE SENTENCING<br>HEARING (First Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, Esq., United States Attorney, Richard Casper, Esq., Assistant United States Attorney, and Tehan W. Slocum, Esq., counsel for defendant Brenda Barringer (hereinafter "Ms. Barringer"), that, the Sentencing Hearing shall be continued from Tuesday April 11, 2023, at 1:30 p.m. to Thursday, May 18, 2023, at 1:30 p.m.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　The Sentencing Hearing is currently scheduled for Tuesday, April 11, 2023, at 1:30 p.m.

　　　2.　　The assigned Assistant United States Attorney Andolyn Johnson is currently out of the office and shall return on April 12, 2023.

　　　3.　　Assistant United States Attorney Richard Casper is assigned to cover the case on Ms. Johnson's behalf.

1

4. Counsel for the United States and counsel for Ms. Barringer agree that a continuance of the Sentencing Hearing for when Assistant United States Attorney Johnson returns is in the best interest of justice and meets the requirement for good cause for a continuance.

5. Ms. Barringer, who is currently in custody, is in agreement with continuing the Sentencing Hearing date.

6. The additional time requested herein is not sought for purposes of delay, but to allow for all parties to effectively and thoroughly prepare for the Sentencing Hearing, taking into account the exercise of due diligence.

7. Denial of this request for continuance could result in a miscarriage of justice, taking into account the exercise of due diligence.

8. The additional time requested by this stipulation comports with Fed. R. Crim. P. 32(b), whereby sentence is imposed without unnecessary delay.

9. This is the first stipulation to continue the Sentencing Hearing filed herein.

DATED this 3rd day of April, 2023.

/s/ Richard Casper
Richard Casper, Esq.
Assistant United States Attorney
Counsel for the United States

/s/ Tehan W. Slocum
Tehan Slocum, Esq.
Counsel for Defendant Barringer

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>BRENDA BARRINGER,<br><br>                Defendant. | **Case no.:** 3:22-cr-0018-LRH-CLB<br><br>**FINDINGS OF FACT AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Sentencing hearing in this matter is currently set for April 11, 2023.

2. The assigned Assistant United States Attorney Andolyn Johnson is currently out of the office and shall return on April 12, 2023.

3. Assistant United States Attorney Richard Casper is assigned to cover the case on Ms. Johnson's behalf.

4. Counsel for the United States and counsel for Ms. Barringer agree that a continuance of the Sentencing Hearing to when Assistant United States Attorney Johnson returns is in the best interest of justice and meets the requirement for good cause for a continuance.

5. Ms. Barringer, who is currently in custody, is in agreement with continuing the Sentencing Hearing date.

6. The additional time requested herein is not sought for purposes of delay, but to allow for all parties to effectively and thoroughly prepare for the Sentencing Hearing, taking into account the exercise of due diligence.

7. Denial of this request for continuance could result in a miscarriage of justice,

taking into account the exercise of due diligence.

8. The additional time requested by this stipulation comports with Fed. R. Crim. P. 32(b), whereby sentence is imposed without unnecessary delay.

9. This is the first stipulation to continue the Sentencing Hearing filed herein.

## ORDER

**IT IS HEREBY ORDERED** that the Sentencing Hearing set for Tuesday, April 11, 2023, is vacated and reset for Thursday, May 18, 2023, at 1:30 p.m. before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

Dated this 4th day of April, 2023.

_____
**HONORABLE LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**